UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>        Plaintiff,<br><br>v.<br><br>ANTONIO ESTRADA,<br><br>        Defendant. | Case No. 20-cr-01428-W<br><br>JUDGMENT AND ORDER OF DISMISSAL OF INDICTMENT AND RECALL ARREST WARRANT |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS HEREBY ORDERED that the Indictment in the above entitled case be dismissed with prejudice, and the Arrest Warrant be recalled.

IT IS SO ORDERED.

DATED: December __3__, 2020

                                                    _____<br>
                                                    HONORABLE THOMAS J. WHELAN<br>
                                                    United States District Court Judge

Case 3:20-cr-01428-W Document 12 Filed 12/03/20 PageID.15 Page 2 of 2

ROBERT S. BREWER, JR.
United States Attorney
CARLOS ARGUELLO
Assistant U.S. Attorney
California Bar No.: 157162
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101
Tel: (619) 546-6684
Fax: (619) 546-0831
Email: carlos.arguello2@usdoj.gov
Attorneys for the United States

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff,<br>v.<br>ANTONIO ESTRADA,<br>Defendant. | Case No. 20-cr-01428-W<br><br>GOVERNMENT'S MOTION TO DISMISS INDICTMENT AND RECALL ARREST WARRANT-UNOPPOSED |

COMES NOW the Plaintiff, UNITED STATES OF AMERICA, by and through its counsel, ROBERT S. BREWER, JR., United States Attorney, and CARLOS ARGUELLO Assistant United States Attorney, and respectfully requests, pursuant to Rule 48(a), Federal Rules of Criminal Procedure, that the Court dismiss, with prejudice, the Indictment and recall the arrest warrant, in the above-entitled case for the following reason:

The U.S. Marshal's Service advised the United States that Defendant ANTONIO ESTRADA died on July 26, 2020. Therefore, in the interests of justice, the United States moves to dismiss the Indictment with prejudice.

DATED: December 3, 2020.

Respectfully submitted,

ROBERT S. BREWER, JR
United States Attorney

*S/ CARLOS ARGUELLO*
CARLOS ARGUELLO
Assistant U.S. Attorney